```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16137
   DEBORAH A HEATER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8992


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/05/07 and confirmed on 12/05/07.

   2.  The case was dismissed after confirmation, 12/12/2008.

   3.  The Debtor paid a total of $   8880.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL IN | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | MORTGAGE ARRE | 936.96 | .00 | 936.96 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 12100.39 | 1069.78 | 2081.73 |
| CASTLE CREDIT CORP | SECURED | 3000.00 | .00 | 620.64 |
| WILL COUNTY TREASURER | SECURED | 619.36 | .00 | 619.36 |
| NATIONWIDE CASSEL LP | UNSECURED | 5902.30 | .00 | .00 |
| DENNIS B PORICK | UNSECURED | 2708.36 | .00 | .00 |
| CHERIE SARKAM | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1338.73 | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CYBROCOLLECT | UNSECURED | NOT FILED | .00 | .00 |
| B JERCINOVIC PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TOLLWAY AUTHORI | UNSECURED | NOT FILED | .00 | .00 |
| MICHELLE GRAUMANN | UNSECURED | NOT FILED | .00 | .00 |
| MONAHAN & COHEN | UNSECURED | NOT FILED | .00 | .00 |
| NATURESCAPE | UNSECURED | NOT FILED | .00 | .00 |
| PERRY RUDMAN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PETSMART | UNSECURED | NOT FILED | .00 | .00 |
| RED FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF LOCKPORT | UNSECURED | NOT FILED | .00 | .00 |
| SHOREWOOD FAMILY DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| SKIN MD LLC | UNSECURED | NOT FILED | .00 | .00 |
| SPRING GREEN LAWN CARE | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

```
TEAM IL                     UNSECURED      NOT FILED              .00         .00
THE BUREAUS                 UNSECURED      NOT FILED              .00         .00
TORRES CREDIT SERVICES      UNSECURED      NOT FILED              .00         .00
UNITED COMPUCRED            UNSECURED      NOT FILED              .00         .00
WALGREENS ADVANCE CARE      UNSECURED      NOT FILED              .00         .00
WEST ASSET MANAGEMENT       UNSECURED      NOT FILED              .00         .00
CASTLE CREDIT CORP          UNSECURED        4249.57              .00         .00
AMERICREDIT FINANCIAL       UNSECURED        1236.75              .00         .00
      Summary of disbursements:
----------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16656.71          .00      15435.71          .00     32092.42
PRINCIPAL PAID       4258.69          .00           .00          .00      4258.69
INTEREST PAID        1069.78          .00           .00          .00      1069.78
TOTAL PAID           5328.47          .00           .00          .00      5328.47
```

The Debtor's attorney, JOHN C DENT                 , was allowed $    3500.00
and was paid $    444.00   direct and $   3056.00  through the plan.

The Trustee received $    495.53 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/12/09                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 16137 DEBORAH A HEATER